# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 7, 2016

Robert P. Young, Jr.,
Chief Justice

153786(94)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

*In re* HICKS/BROWN, Minors.

SC: 153786
COA: 328870
Wayne CC Family Division:
12-506605-NA

_____/

On order of the Court, the motion to strike is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 7, 2016



Clerk

p1004